JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIZHISHENG TECHNOLOGY, CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> SIMON S. GROUP, LLC, et al., <br><br> Defendants. | Case No. CV 22-7360 FMO (JPRx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, (Dkt. 93, Joint Report Re: Notice of Settlement at Mediation), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than 30 days, to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 5th day of October, 2023.

                                                                 /s/  
                                        Fernando M. Olguin  
                                      United States District Judge