JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIZHISHENG TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SIMON S. GROUP, LLC, et al., <br><br> Defendants. | Case No. CV 22-7360 FMO (JPRx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**.

Dated this 4th day of January, 2024.

/s/
Fernando M. Olguin
United States District Judge